| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CLIFFORD HOWARD WHEATLEY, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:12-CV-317
§
WAYNE SCOTT, *et al.*, §
§
    Defendants. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Clifford Howard Wheatley, an inmate formerly confined at the Liberty County Jail, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Mr. Lindsey, Tabitha Scofelia Rogers, Mr. Nunn, Mr. Gilmore, Tina Readenour, Steve Greene, Mr. Freeman, Tim New, James D. Evans, III, and Wayne Scott.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the motions to dismiss and motions for summary judgment filed by defendants Tabitha Scofelia Rogers, Tina Readenour, and Steve Greene should be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. The motions to dismiss and

motions for summary judgment filed by defendants Tabitha Scofelia Rogers, Tina Readenour, and Steve Greene are **GRANTED**.

**Signed this date.**

**Mar 23, 2015**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE